FILED: July 1, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-7021

(1:08-cr-00063-MR-7)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

SAMUEL PARRIS

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Asheville |
| Originating Case Number | 1:08-cr-00063-MR-7 |
| Date notice of appeal filed in originating court: | 06/30/2015 |
| Appellant (s) | Samuel Parris |
| Appellate Case Number | 15-7021 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |