# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 17, 2015

_____

### NOTICE OF COPY REQUIREMENTS
(Fourth Circuit Standing Order 14-01)

_____

No. 15-7021,   US v. Samuel Parris
               1:08-cr-00063-MR-7

TO:    Samuel Parris (Opening Brief, Joint Appendix)
       United States of America (Response Brief due 10/05/2015)

COPIES DUE: 09/24/2015

The court having tentatively assigned this case for oral argument, you must file, for use by the argument panel, three additional paper copies of your briefs and appendices, including any sealed or supplemental briefs and appendices, and any addenda or attachments. The three paper copies for the argument panel are in addition to the single paper copy required by Standing Order 14-01. No ECF entry is required for paper copies, but they must be received by the court no later than 09/24/2015 and 10/05/2015. If you have not yet filed a paper copy of your brief, the copy required by Standing Order 14-01 and the three additional copies required by this order should be filed at the same time.

/s/ PATRICIA S. CONNOR, CLERK