Filed: October 7, 2015

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## ORAL ARGUMENT NOTIFICATION

| | |
|---|---|
| **ORAL ARGUMENT NOTIFICATION** | Please take notice that this case has been scheduled for oral argument. The time for notifying the Court of any conflict or filing any motion that would affect the scheduling of argument has expired. Therefore, the case will not be rescheduled absent a showing of good cause for the requested relief and that the relief could not have been requested within the notice period. |
| **CASE** | No. 15-7021,    US v. Samuel Parris<br>1:08-cr-00063-MR-7 |
| **PLACE** | U. S. Courthouse, Room 222 (Attorney Registration)<br>1000 East Main Street (Enter from Main Street or Bank Street - use Main Street for handicapped access)<br>Richmond, Virginia 23219 |
| **DATE & REGISTRATION TIME** | 12/08/2015<br>**Register between 8:45 - 9:00 a.m.**<br>Daily arguments begin: 9:30 a.m. (any change in the order of cases is announced in the courtroom 10 minutes before court starts) |
| **ORAL ARGUMENT ACKNOWLEDGMENT FORM TO BE FILED WITHIN 5 DAYS** | Any attorney arguing, as well as any attorney appearing on behalf of a separately represented co-defendant in a consolidated criminal case, must file the **ORAL ARGUMENT ACKNOWLEDGMENT FORM** within 5 days of service of this notification (click on this link or complete form at end of notice). |
| **COURTHOUSE INFORMATION** | ◦ Picture identification and security screening are required for entry.<br>◦ On oral argument days, attorneys and their staff may bring electronic devices (other than devices that serve only as cameras or recorders) into the Courthouse or Annex. Electronic devices must be turned off upon entering a courtroom or chambers but may be turned on and placed in silent mode during oral argument of counsel's case to enable counsel to refer to documents previously downloaded to the device. Wireless access is available in the library (see librarian for password) but not in the courtrooms.<br>◦ Potential weapons, food & beverages are prohibited; luggage should not be brought to the courthouse.<br>◦ For hearing assistance or other accommodation, contact the chief deputy clerk or calendar clerk.<br>◦ For directions, hotel & parking information, visit **www.ca4.uscourts.gov**. |
| **CRIMINAL & CJA CASES** | In criminal cases, an attorney must appear on behalf of each defendant separately represented unless the defendant signs a waiver of counsel's appearance and co-defendant's counsel certifies in advance of argument that he or she is prepared to argue on behalf of the defendant whose attorney is |

|  |  |
|---|---|
|  | not present. CJA attorneys traveling by plane or train must call 804-916-2700 and request a CJA Travel Authorization to obtain government travel rates. |
| **ARGUMENT TIME** | Each side is normally allowed 20 minutes; if more than one attorney is arguing per side, they must agree on how the time is to be divided. In social security, black lung, and labor cases in which the issue is whether the agency's decision is supported by substantial evidence, and in criminal cases in which the issue is application of the sentencing guidelines, each side is limited to 15 minutes. In en banc cases, each side receives 30 minutes. Appellants & cross-appellants may reserve up to 1/3 of the time for rebuttal. |
| **IDENTITY OF PANEL & ORDER OF CASES** | The identity of the panel hearing a case is not disclosed until the morning of argument. The order of cases is subject to change until the morning of argument and is announced in the courtroom. Counsel should arrive at the courtroom 10 minutes early to hear any announcements. |
| **AUDIO FILES ON INTERNET** | Oral argument audio files are posted on the court's Internet site, **www.ca4.uscourts.gov**, by the next business day. Therefore, sealed information should not be discussed during oral argument. Any motion to seal the courtroom for oral argument must be filed at least 5 days prior to argument. |

**(Please see next page)**

# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

No. 15-7021,   US v. Samuel Parris

| | |
|---|---|
| **The following information is provided in response to the Court's Notification of Oral Argument:** | |
| **Date of Oral Argument:** | |
| **Attorney(s) Arguing:** | |
| **Phone Number(s):** | |
| **Arguing on Behalf of:** | |
| Attorney Appearing but **Not** Arguing (required in criminal cases): | |

**Argument Time**: If you know how much argument time you wish to use, please provide that information below; any desired changes may be made upon check-in on the morning of argument. If you have not decided upon your argument time, please return this form acknowledging that you will argue the case and provide your argument time when you check in on the morning of argument. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
◦ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
◦ 15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
◦ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

| | |
|---|---|
| **APPELLANT**<br>First Attorney arguing: | Opening Argument Time: |
| Any Second Attorney arguing: | Opening Argument Time: |
| Any Third Attorney arguing: | Opening Argument Time: |
| **APPELLEE OR APPELLEE-CROSS APPELLANT**<br>First Attorney arguing: | Answering Argument Time: |
| Any Second Attorney arguing: | Answering Argument Time |
| Any Third Attorney arguing: | Answering Argument Time: |
| **APPELLANT OR APPELLEE-CROSS APPELLANT**<br>First Attorney arguing: | Rebuttal Argument Time: |
| Any Second Attorney arguing: | Rebuttal Argument Time: |

I, _____, hereby certify that on this date, I electronically filed this document using the CMECF System, which will send notice of filing to CMECF participants listed below and further certify that on this date I served any non-CMECF participants in the manner indicated below:



Date: _____   Signature: _____